THE STATE EX REL. YONKINGS, APPELLANT, *v.* OHIO DEPARTMENT
OF REHABILITATION AND CORRECTION ET AL., APPELLEES.

[Cite as *State ex rel. Yonkings v. Ohio Dept. of
Rehab. & Corr.* (1994), 69 Ohio St.3d 70.]

(No. 93–2552—Submitted March 1, 1994—Decided April 20, 1994.)

*Charles B. Yonkings,* pro se.

*Lee I. Fisher,* Attorney General, and *Joshua T. Cox,* Assistant Attorney
General, for appellees.

*Per Curiam.* The judgment of the court of appeals is affirmed for the reason
stated in the court's opinion, *i.e.,* declaratory judgment provides an adequate
remedy to appellant and its availability was thus an appropriate basis to deny the
writ. *State ex rel. Citizens for Fair Taxation v. Lucas Cty. Bd. of Commrs.*
(1992), 63 Ohio St.3d 749, 752, 591 N.E.2d 691, 693; *State ex rel. Fenske v.
McGovern* (1984), 11 Ohio St.3d 129, 11 OBR 426, 464 N.E.2d 525, paragraph two
of the syllabus; R.C. 2731.05.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and
PFEIFER, JJ., concur.